■ KARIN SCHIRRMEISTER et al., Respondents, v. MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Appellants, et al Defendants.—

Judgment, Supreme Court, New York County, entered June 25, 1974, unanimously reversed, on the law and on the facts, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiffs-respondents within 20 days of service upon them by the defendants-appellants of a copy of the order entered hereon, with notice of entry, serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdicts, and to the entry of an amended judgment, as follows: Karin Schirrmeister $140,000 Erich Schirrmeister $20,000. If the plaintiffs-respondents consent to the reductions, the judgment as so amended and reduced is affirmed, without costs and without disbursements. The amounts awarded by the jury were excessive and a judgment exceeding the amounts indicated is not warranted on this record. Concur — Stevens, J. P., Lupiano, Capozzoli and Lane, JJ.